UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY VARNADO					CIVIL ACTION

VERSUS						NUMBER: 14-1581

CAROLYN W. COLVIN,				SECTION: "J"(5)
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 11), and Plaintiff's objections thereto (Rec. Doc. 12), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 2nd day of June, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE